## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

| | | |
|---|---|---|
| MINDY J. ZIED-CAMPBELL, DENNIS J. CAMPBELL, | : | No. 547 EAL 2017 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| PA DEPARTMENT OF HUMAN SERVICES, PA BUREA OF HEARINGS AND APPEALS, ET AL, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2018, the Petition for Allowance of Appeal and Application for Relief are **DENIED**.